# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2768
_____

ANDREW JAY WAGNER, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 14, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS and M.K. THOMAS, JJ., and GAY, SHONNA YOUNG, ASSOCIATE JUDGE, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Steven L. Seliger, Assistant Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.